# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SQUARESPACE, INC., <br><br> Defendant. | Case No. 20-1163-RGA |

## [PROPOSED] ORDER GRANTING DEFENDANT SQUARESPACE, INC.'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(6)

Having considered Defendant Squarespace, Inc.'s Motion to Dismiss for Failure to State a Claim ("Motion"), IT IS HEREBY ORDERED this ____ day of _____, 2020, that the Motion is GRANTED.

_____
The Honorable Richard G. Andrews