**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EXPRESS MOBILE, INC., | |
| Plaintiff, | |
| v. | Case No. 20-1163-RGA-JLH |
| SQUARESPACE, INC., | |
| Defendant. | |
| EXPRESS MOBILE, INC., | |
| Plaintiff, | |
| v. | Case No. 20-1162-RGA-JLH |
| HUBSPOT, INC., | |
| Defendant. | |

**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION**

To resolve Defendants Squarespace, Inc.'s ("Squarespace") and HubSpot, Inc.'s ("HubSpot") motions for stays[1] in the above-captioned matters, Plaintiff Express Mobile, Inc. ("Express Mobile") and Defendants Squarespace and HubSpot hereby stipulate, subject to the approval of the Court, as follows:

1. The above-captioned litigations shall be stayed until the conclusion of the currently pending *inter partes* review proceedings captioned IPR2021-01224, IPR2021-01226, IPR2021-01455, IPR2021-01456, and IPR2021-01457 (including any IPR proceedings joined with these proceedings) (collectively, "the IPR Proceedings") through the final written decision(s) to be issued by the Patent Trial and Appeal Board.

2. Provided that the Court stays these cases pursuant to this stipulation, Squarespace and HubSpot each agree to the same estoppel under 35 U.S.C. § 315(e)(2) that would apply if they were the original petitioner in the IPR Proceedings.  For avoidance of doubt, the parties agree that upon the issuance of final written decisions in the IPR Proceedings, and notwithstanding the Federal Circuit's decision in *Network-1 Technologies, Inc. v. Hewlett-Packard Co.*, 981 F.3d 1015, 1027-28 (Fed. Cir. 2020) with respect to "joinder estoppel," Squarespace and HubSpot will each be estopped from pursuing any invalidity grounds in the above-captioned litigations that the petitioner raised or reasonably could have raised as to the challenged claims in the IPR Proceedings.

3. The parties agree that, to the extent that any IPR Proceedings are terminated prior to the issuance of a final written decision, the estoppel provisions of paragraph 2 shall

---

[1]     D.I. 50 (Squarespace); D.I. 44 (HubSpot).

2

not apply with respect to such terminated proceedings.  Express Mobile further reserves the right to move to lift they stay if it believes that circumstances warrant. The parties will provide the Court with a status update within fourteen (14) days after the termination of the last of the IPR Proceedings, whether by final written decision or otherwise.


Respectfully submitted,


Dated:  June 29, 2022

DEVLIN LAW FIRM LLC

/s/ Timothy Devlin
Timothy Devlin (#4241)
1526 Gilpin Avenue
Wilmington, DE  19806
(302) 449-9010
tdevlin@devlinlawfirm.com
*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP                                          MCCARTER & ENGLISH, LLP

/s/ Jennifer Ying                                       /s/ Daniel M. Silver
Jack B. Blumenfeld (#1014)              Daniel M. Silver (#4758)
Jennifer Ying (#5550)                        Alexandra M. Joyce (#6423)
1201 North Market Street                   Renaissance Centre
P.O. Box 1347                                      405 N. King St., 8th Fl.
Wilmington, DE 19899-1347            Wilmington, DE 19801
(302) 658-9200                                     (302) 984-6331
jblumenfeld@morrisnichols.com      dsilver@mccarter.com
jying@morrisnichols.com                   ajoyce@mccarter.com

Brett M. Schuman
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
(415) 733-6000

ME1 41264502v.1

Andrew S. Ong
Abdul Abdullahi
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
(650) 752-3100

*Attorneys for Defendant HubSpot, Inc.*

Adam R. Brausa
Timothy C. Saulsbury
Vera Ranieri
Raghav R. Krishnapriyan
Eric C. Wiener
Annie A. Lee
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel: (415) 362-6666
abrausa@durietangri.com
tsaulsbury@durietangri.com
vranieri@durietangri.com
rkrishnapriyan@durietangri.com
ewiener@duritangri.com
alee@durietangri.com

*Attorneys for Defendant Squarespace, Inc.*

IT IS SO ORDERED this  29th  day of   June   , 2022.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE

ME1 41264502v.1